Affidavit of Brittnie Mansfield under
Constitutional Oath and Commonwealth Law

The Affiant is of age and competent to testify before the Court.

1) The Affiant is a resident of Dayton Ohio.
2) The Affiant is a citizen of the United States under Common Law.
3) The facts and statements presented in conjunction with case N0. N0.3:13mj00471 and case N0. 3:13CR000175 having been related to the criminal charges in above captioned cases and that all the statements that I am about to make are true, correct and made to the best of my knowledge under the territories, possessions and commonwealths of this Country.

## STATEMENT OF FACTS

4. I the Affiant Brittnie Mansfield on February 7 2014, had face to face conversation with SA Mary Turk secret service and Brad Bierman an IRS Agent for Montgomery County, Ohio located at 200 West Second Street Dayton Ohio are true. We had a discussion about lance Ealy and confirmed that I admitted to having intervention with Lance Ealy concerning debit cards.

5. I the Affiant Brittnie Mansfield rebuts the statement made by Mary Turk and Brad Bierman on February 7 2014 that I confirmed that Lance Ealy had provided me with credit cards funded from false tax returns the accusation about that was totally and completely untrue Lance never gave me or informed that he had credit cards funded from false tax returns.

6. I told the agents what they wanted to hear because I was protecting myself so I stated Lance Ealy gave me debit cards in which was a false and perjured statement made by myself the affiant Brittnie Mansfield.

7. The reasoning behind this statement I felt intimidated and felt threatened with arrest by the agents that I spoke with, and I was also faced with losing my children if I refused to cooperate with the agents. Therefore I stated what the agents what they wanted to hear, I felt pressured and I had to make the statements and now confirm under oath that they were false/perjured on date in question and made for the reasons fully stated above.

8. On April 1 2014 I the affiant had given the agents Brad Bierman, Alex Sistla and Atowoine Winters an 3 hour interview from 6:09pm to 9:30 pm see investigation #1000263125.

9. The interview having taken place at the USCA conference room at 200 West Second Street at the Federal building.

10. At the time I gave the interview I was mad at Lance Ealy because he was not properly supporting our minor children, so I volunteered and falsified and perjured statements against Lance Ealy to pay him back on the time and dates mentioned above, and that is the sole reasoning for the interview that I voluntarily gave on above date and time what I told the agents was not true and made out of spite and ill will for my children's father.

11.
I the affiant confirm that the statements made by my sister Ashlie Mansfield were un truthful to the grand jury that was convened on or about February 27, 2014 and I do admit that Ashlie Mansfield lied to the grand jury and that they were fully aware that the lease created by the affiant Brittnie Mansfield was false, and the grand jury allowed the lease to proceed knowing that Lance Ealy did not sign the lease and the grand jury was fully aware that Lance Ealy did not notarize the lease before said Dixie Chester a notary public located in the State of Ohio/Montgomery County on May 2 2014.

12. On April 26 2013 the affiant and my sister Brittnie Mansfield created a false lease at the residence of 1622 Rangeley Ave. Then on May 2 2013 Ashlie Mansfield had the fraudulent lease notarized by Dixie Chester. I do admit to the Court that I the affiant Brittnie Mansfield and Ashlie Mansfield did unlawfully forge the name of Lance Ealy on said lease when I knew it was unlawfully signed on the above date in question.

13. I Brittnie Mansfield verify that Lance Ealy never gave me debit cards or ever saw him with debit cards on the dates in question presented to me by the agents as fully stated above.

14. All the statements that I made against Lance Ealy on April 1 2014 were untrue, and misleading having been made on April 1 2014 where I the affiant had given the agents Brad Bierman, Alex Sistla and Atowoine Winters an 3 hour interview from 6:09pm to 9:30 pm concerning investigation #1000263125.

## Verification

I Brittnie Mansfield verify that all statements are true, complete, and not misleading under the territories, possessions and under the commonwealth of this country made from first-hand personal knowledge and signed and affirmed under penalty of perjury under Ohio common laws, organic laws of the Constitution, provisional remedies, and original jurisdiction.

Executed on this day of November 2014.

Signed by: _Brit Mfild_

Home phone: (931) 830-9176

Date signed: 11/10/14

Date served: 11/07/14

Subscribed and sworn before me on this _10th_ day of November 2014.

Signature of Notary _Clayton Mikesell_

Printed name: _Clayton Mikesell_