# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## **VERDICT (Count 1)**

On the charge of possession of fifteen or more counterfeit or unauthorized access

devices, in violation of 18 U.S.C. § 1029(a)(3), as set forth in **Count 1** of the Second

Superseding Indictment, WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

Dated this ___19th___ day of _____November_____, 2014.

| | |
|---|---|
| _____s/Juror_____ | _____s/Juror_____ |
| Foreperson | |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

### **VERDICT (Counts 2 – 12)**

On the charge of making or presenting false, fictitious, or fraudulent claims, in

violation of 18 U.S.C. § 287, as set forth in **Counts 2 through 12** of the Second

Superseding Indictment, WE, THE JURY, find as follows:

As to **Count 2** (Taxpayer – M.P.; Approximate Filing Date – January 30, 2013;

Refund Claimed – $4,711.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 3** (Taxpayer – D.W.; Approximate Filing Date – February 1, 2013;

Refund Claimed – $4,996.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 4** (Taxpayer – S.J.; Approximate Filing Date – February 5, 2013;

Refund Claimed – $1,300.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 5** (Taxpayer – S.F.; Approximate Filing Date – July 8, 2013; Refund Claimed – $1,408.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____


As to **Count 6** (Taxpayer – D.B.; Approximate Filing Date – October 9, 2013; Refund Claimed – $611.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____


As to **Count 7** (Taxpayer – J.C.; Approximate Filing Date – October 9, 2013; Refund Claimed – $588.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____


As to **Count 8** (Taxpayer – T.N.; Approximate Filing Date – October 9, 2013; Refund Claimed – $600.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____


As to **Count 9** (Taxpayer – Y.S.; Approximate Filing Date – October 15, 2013; Refund Claimed – $488.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____


As to **Count 10** (Taxpayer – F.R.; Approximate Filing Date – October 16, 2013; Refund Claimed – $444.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____                    NOT GUILTY: _____

Verdict Form
Counts 2 – 12

As to **Count 11** (Taxpayer – A.T.; Approximate Filing Date – October 16, 2013;

Refund Claimed – $1,252.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 12** (Taxpayer – J.G.; Approximate Filing Date – October 16, 2013;

Refund Claimed – $499.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


Dated this ___19th___ day of ___November_____, 2014.


_____s/Juror_____
Foreperson

_____s/Juror_____                    _____s/Juror_____

_____s/Juror_____                    _____s/Juror_____

_____s/Juror_____                    _____s/Juror_____

_____s/Juror_____                    _____s/Juror_____

_____s/Juror_____                    _____s/Juror_____

Verdict Form
Counts 2 – 12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Counts 13 – 23)</u>

On the charge of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in **Counts 13 through 23** of the Second Superseding Indictment, WE, THE JURY, find as follows:

As to **Count 13** (Name on Tax Return – M.P.; Approximate Wire Transmission Date – January 30, 2013; Refund Claimed – $4,711.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: ____X____          NOT GUILTY: _____

As to **Count 14** (Name on Tax Return – D.W.; Approximate Wire Transmission Date – February 1, 2013; Refund Claimed – $4,996.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: ____X____          NOT GUILTY: _____

As to **Count 15** (Name on Tax Return – S.J.; Approximate Wire Transmission Date – February 5, 2013; Refund Claimed – $1,300.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 16** (Name on Tax Return – S.F.; Approximate Wire Transmission Date – July 8, 2013; Refund Claimed – $1,408.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 17** (Name on Tax Return – D.B.; Approximate Wire Transmission Date – October 9, 2013; Refund Claimed – $611.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 18** (Name on Tax Return – J.C.; Approximate Wire Transmission Date – October 9, 2013; Refund Claimed – $588.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 19** (Name on Tax Return – T.N.; Approximate Wire Transmission Date – October 9, 2013; Refund Claimed – $600.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____     NOT GUILTY: _____

As to **Count 20** (Name on Tax Return – Y.S.; Approximate Wire Transmission Date – October 15, 2013; Refund Claimed – $488.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____     NOT GUILTY: _____

As to **Count 21** (Name on Tax Return – F.R.; Approximate Wire Transmission Date – October 16, 2013; Refund Claimed – $444.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____     NOT GUILTY: _____

As to **Count 22** (Name on Tax Return – A.T.; Approximate Wire Transmission Date – October 16, 2013; Refund Claimed – $1,252.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____     NOT GUILTY: _____

As to **Count 23** (Name on Tax Return – J.G.; Approximate Wire Transmission Date – October 16, 2013; Refund Claimed – $499.00), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____        NOT GUILTY: _____

Dated this ___19th___ day of _____November_____, 2014.

_____
s/Juror
Foreperson

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

Verdict Form
Counts 13 – 23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## **VERDICT (Counts 35 – 37)**

On the charge of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in **Counts 35 through 37** of the Second Superseding Indictment, WE, THE JURY, find as follows:

As to **Count 35** (Approximate Wire Transmission Date – October 23, 2013; Alleged Fraudulent Refund Amount – $611.00; Bank Account Number – x7596; Purported Account Holder – R.P.), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 36** (Approximate Wire Transmission Date – October 23, 2013; Alleged Fraudulent Refund Amount – $600.00; Bank Account Number – x8228; Purported Account Holder – J.F.), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 37** (Approximate Wire Transmission Date – October 23, 2013;

Alleged Fraudulent Refund Amount – $278.87; Bank Account Number – x0983;

Purported Account Holder – K.M.), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: __X_____          NOT GUILTY: _____

Dated this __19th__ day of _____November_____, 2014.

| | |
|---|---|
| s/Juror | s/Juror |
| _____ | _____ |
| Foreperson | |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |

Verdict Form
Counts 35 – 37

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, : Case No. 3:13-cr-175
 :
vs. : Judge Michael R. Barrett
 :
LANCE EALY, :
 :
 Defendant. :

### VERDICT (Count 43)

On the charge of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in

**Count 43** of the Second Superseding Indictment, WE, THE JURY, find the defendant

**LANCE EALY**:

GUILTY: ____X____  NOT GUILTY: _____

Dated this __19th__ day of _____November_____, 2014.

_____s/Juror_____  _____s/Juror_____
Foreperson

_____s/Juror_____  _____s/Juror_____

_____s/Juror_____  _____s/Juror_____

_____s/Juror_____  _____s/Juror_____

_____s/Juror_____  _____s/Juror_____

_____s/Juror_____  _____s/Juror_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,      :      Case No. 3:13-cr-175

     :

vs.      :      Judge Michael R. Barrett

     :

LANCE EALY,      :

     :

        Defendant.      :

## **VERDICT (Count 45)**

On the charge of wire fraud, in violation of 18 U.S.C. § 1343, as set forth in

**Count 45** of the Second Superseding Indictment, WE, THE JURY, find the defendant

**LANCE EALY:**

GUILTY: _____X_____      NOT GUILTY: _____

Dated this ___19th___ day of ____November____, 2014.

| | |
|---|---|
| ___s/Juror___ | ___s/Juror___ |
| **Foreperson** | |
| ___s/Juror___ | ___s/Juror___ |
| ___s/Juror___ | ___s/Juror___ |
| ___s/Juror___ | ___s/Juror___ |
| ___s/Juror___ | ___s/Juror___ |
| ___s/Juror___ | ___s/Juror___ |

Verdict Form
Count 45

Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

**<u>VERDICT (Counts 24 – 34)</u>**

On the charge of aggravated identity theft, during and in relation to the underlying

offense of wire fraud, in violation of 18 U.S.C. § 1028A(a)(1), as set forth in **Counts 24**

**through 34** of the Second Superseding Indictment, WE, THE JURY, find as follows:


As to **Count 24** (Underlying Offense – Wire Fraud (*as set forth in Count 13*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 25** (Underlying Offense – Wire Fraud (*as set forth in Count 14*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 26** (Underlying Offense – Wire Fraud (*as set forth in Count 15*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 27** (Underlying Offense – Wire Fraud (*as set forth in Count 16*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 28** (Underlying Offense – Wire Fraud (*as set forth in Count 17*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 29** (Underlying Offense – Wire Fraud (*as set forth in Count 18*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 30** (Underlying Offense – Wire Fraud (*as set forth in Count 19*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 31** (Underlying Offense – Wire Fraud (*as set forth in Count 20*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____


As to **Count 32** (Underlying Offense – Wire Fraud (*as set forth in Count 21*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 33** (Underlying Offense – Wire Fraud (*as set forth in Count 22*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____        NOT GUILTY: _____


As to **Count 34** (Underlying Offense – Wire Fraud (*as set forth in Count 23*)),

WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____        NOT GUILTY: _____


Dated this ___19th___ day of _____November_____, 2014.


| _____s/Juror_____ | _____s/Juror_____ |
| Foreperson | |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |
| _____s/Juror_____ | _____s/Juror_____ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Counts 39 – 41)</u>

On the charge of aggravated identity theft, during and in relation to the underlying offense of wire fraud, in violation of 18 U.S.C. § 1028A(a)(1), as set forth in **Counts 39 through 41** of the Second Superseding Indictment, WE, THE JURY, find as follows:

As to **Count 39** (Underlying Offense – Wire Fraud (*as set forth in Count 35*)), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 40** (Underlying Offense – Wire Fraud (*as set forth in Count 36*)), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

As to **Count 41** (Underlying Offense – Wire Fraud (*as set forth in Count 37*)), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

Dated this ___19th___ day of _____Novmeber_____, 2014.


_____          _____
            s/Juror                                  s/Juror
           Foreperson


_____          _____
            s/Juror                                  s/Juror


_____          _____
            s/Juror                                  s/Juror


_____          _____
            s/Juror                                  s/Juror


_____          _____
            s/Juror                                  s/Juror


_____          _____
            s/Juror                                  s/Juror

Verdict Form
Counts 39 – 41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Count 44)</u>

On the charge of aggravated identity theft, during and in relation to the underlying offense of wire fraud, in violation of 18 U.S.C. § 1028A(a)(1), as set forth in **Count 44** of the Second Superseding Indictment (Underlying Offense – Wire Fraud (*as set forth in Count 43*)), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____          NOT GUILTY: _____

Dated this ___19th___ day of ___November___, 2014.

_____
s/Juror
Foreperson

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

Verdict Form
Count 44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Count 46)</u>

On the charge of aggravated identity theft, during and in relation to the underlying offense of wire fraud (*as charged in Count 45*), in violation of 18 U.S.C. § 1028A(a)(1), as set forth in **Count 46** of the Second Superseding Indictment, WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____   NOT GUILTY: _____

Dated this __19th__ day of _____November_____, 2014.

| | |
|---|---|
| s/Juror | s/Juror |
| _____ | _____ |
| Foreperson | |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |

Verdict Form
Count 46

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Count 38)</u>

On the charge of mail fraud, in violation of 18 U.S.C. § 1341, as set forth in

**Count 38** of the Second Superseding Indictment (Mail – Alleged Fraudulent Federal Tax

Refund; Approximate Mailing Date – June 7, 2013; Mail Delivery Address – 728

Osmond Avenue, Dayton, Ohio), WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: _____X_____     NOT GUILTY: _____

Dated this __19th___ day of ___November_____, 2014.


_____s/Juror_____          _____s/Juror_____
Foreperson


_____s/Juror_____          _____s/Juror_____


_____s/Juror_____          _____s/Juror_____


_____s/Juror_____          _____s/Juror_____


_____s/Juror_____          _____s/Juror_____


_____s/Juror_____          _____s/Juror_____

Verdict Form
Count 38

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:13-cr-175 |
| | : | |
| vs. | : | Judge Michael R. Barrett |
| | : | |
| LANCE EALY, | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT (Count 42)</u>

On the charge of attempting to use one or more unauthorized access devices

during a one-year period, thereby obtaining things of value aggregating $1,000 or more,

in violation of 18 U.S.C. § 1029(a)(2) and (b)(1), as set forth in **Count 42** of the Second

Superseding Indictment, WE, THE JURY, find the defendant **LANCE EALY**:

GUILTY: ___X_____    NOT GUILTY: _____

Dated this __19th___ day of ___November_____, 2014.

| | |
|---|---|
| s/Juror | s/Juror |
| _____ | _____ |
| Foreperson | |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |
| s/Juror | s/Juror |
| _____ | _____ |

Verdict Form
Count 42